# ARSENEAULT, WHIPPLE, FARMER, FASSETT & AZZARELLO, LLP

| | | |
|---|---|---|
| JACK ARSENEAULT<br>JOHN A. AZZARELLO[+]<br>KELLY DANIELS<br>DEBORAH FACTOR[++*]<br>JOHN J. FARMER, JR.<br><br>[+] ALSO ADMITTED IN NEW YORK<br>[++] ALSO ADMITTED IN CALIFORNIA<br>[+++] ALSO ADMITTED IN MICHIGAN | ATTORNEYS AT LAW<br><br>560 MAIN STREET<br>CHATHAM, NEW JERSEY 07928<br>(973) 635-3366<br>FAX (973) 635-0855<br>EMAIL info@awffa.com | DAVID W. FASSETT<br>THOMAS M. LENNEY[+++]<br>JOHN J. ROBERTS[+]<br>JOHN C. WHIPPLE[*]<br>MARY GIBBONS WHIPPLE<br><br>[*] CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY |

March 19, 2009

**ELECTRONICALLY FILED**

Honorable Stanley R. Chesler, U.S.D.J.
Frank R. Lautenberg U.S.P.O. & Courthouse, Room 417
P.O. Box 999
Newark, N.J. 07101-0999

Re:   **United States v. Shawn Griggs and Desmond Speight**
      **Crim. No. 08-917**

Dear Judge Chesler:

As you know, this firm represents Shawn Griggs, co-defendant of Desmond Speight, in this matter. It has come to our attention that Thomas Ashley, Esq., counsel for Defendant Desmond Speight, has requested that the Court permit him to withdraw as counsel, and that Mr. Speight intends to seek court-appointed counsel as early as next week.

If and when new counsel is appointed for Mr. Speight, that counsel will require some time to become familiar with the case, the documents and discovery involved, and to file pretrial motions. In that light, we believe it would be a more efficient use of the Court's time and efforts to hear and decide all pretrial motions on a single track with a later schedule, rather than on individual tracks for individual co-defendants. Likewise, this firm as counsel for co-defendant Mr. Griggs, and indeed the government, would more economically expend resources with a single, later motion schedule. This firm has consulted with Assistant U.S. Attorney Robert Frazer and has obtained the government's consent to an adjournment. Therefore, in the interest of judicial economy and the economy of all parties, we respectfully request that the Court adjourn the motion dates until such time as new counsel is appointed for Mr. Speight and a new motion calendar can be set.

Thank you for your consideration.

Respectfully submitted,

ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP
By: ___/s John A. Azzarello___
      John A. Azzarello (JA4363)

Cc:   A.U.S.A. Robert Frazer
      Thomas Ashley, Esq.