UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 08-917 (SRC) |
| SHAWN GRIGGS, a/k/a "Shug" and DESMOND SPEIGHT, a/k/a "Foo" | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Robert Frazer and Brooke E. Carey, Assistant U.S. Attorneys, appearing) and defendants Shawn Griggs (John Azzarello, Esq., appearing) and Desmond Speight (Michael Pedicini, Esq., appearing), having been charged with a violation of 21 U.S.C. Section 841(a), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from April 3, 2009 through June 23, 2009 to allow the parties additional time to prepare for trial, for further discovery to be turned over and to extend the time for the defense to file motions as Desmond Speight's defense counsel, Michael Pedicini, has recently been substituted in as his attorney, and the defendants being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The case requires additional time for discovery to be provided and the parties to prepare for trial;

(2) Defense counsel Michael Pedicini was recently appointed as Desmond Speight's attorney in this case, thus, an extension would allow for the necessary additional time to brief and file all pre-trial motions;

(3) The defendants consent to the continuance; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 7 day of April, 2009

ORDERED that this action be, and it hereby is, continued from April 3, 2009 through June 23, 2009.

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection shall be stayed as follows:

ORDERED that:

1. Defendants shall file pretrial motions on or before **April 27, 2009**

2. The Government shall respond to such motions on or before **May 11, 2009**

3. The return date for pretrial motions shall be **May 18, 2009** and

5. Trial shall commence on **June 23, 2009** at 10:00 a.m.

IT IS FURTHER ORDERED that the period from April 3, 2009 through June 23, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE