UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Stanley R. Chesler
v.                        :  Crim. No. 08-917 (SRC)

SHAWN GRIGGS, a/k/a "Shug"
DESMOND SPEIGHT, a/k/a "Foo"  :  **ORDER FOR CONTINUANCE**

This matter having come before the Court upon an indictment filed by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendants Shawn Griggs (John Azzarello, Esq., appearing) and Desmond Speight (Michael Pedicini, Esq., appearing) having been charged with a violation of 18 U.S.C. Section 21 U.S.C. Section 841(a) (as well as additional charges against defendant Griggs), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from June 23, 2009 through September 22, 2009 to allow defendant Speight additional time to discuss a possible plea disposition, to prepare for trial and to extend the time for the defense to file motions, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Counsel for Mr. Speight requests additional time to discuss a possible plea disposition;

(2) Additional time for defendants to file their motions and for the parties to prepare for trial is required;

(3) The defendants consent to the continuance; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this     day of April, 2009

ORDERED that this action be, and it hereby is, continued from June 23, 2009 through September 22, 2009,

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order Granting Substitution of Attorneys and Setting Motion and Trial Dates, filed March 31, 2009, shall be amended as follows:

ORDERED that:

1. Defendants shall file pretrial motions on or before **July 17, 2009**

2. The Government shall respond to such motions on or before **August 10, 2009**

3. The return date for pretrial motions shall be September 14, 2009 and

5. Trial shall commence on **September 22, 2009** at 10:00 a.m.

IT IS FURTHER ORDERED that the period from June 23, 2009 through September 22, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

_____
MICHAEL PEDICINI, ESQ.
ATTORNEY FOR DEFENDANT
DESMOND SPEIGHT

_____
JOHN AZZARELLO, ESQ.
ATTORNEY FOR DEFENDANT
SHAWN GRIGGS

_____
ROBERT FRAZER, AUSA

TOTAL P.002