UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Stanley R. Chesler
v. : Crim. No. 08-917 (SRC)

SHAWN GRIGGS, a/k/a "Shug"
DESMOND SPEIGHT, a/k/a "Foo" : ORDER FOR CONTINUANCE

This matter having come before the Court upon an indictment filed by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendants Shawn Griggs (John Azzarello, Esq., appearing) and Desmond Speight (Michael Pedicini, Esq., appearing) having been charged with a violation of 18 U.S.C. Section 21 U.S.C. Section 841(a) (as well as additional charges against defendant Griggs), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from September 22, 2009 trough November 24, 2009 to allow defendant Speight additional time to discuss a possible plea disposition, to prepare for trial and to extend the time for the Government to respond to defendants' motions, and the defendants being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Counsel for Mr. Speight requests additional time to discuss a possible plea disposition;

(2) Additional time for the Government to file motion responses and for the parties to prepare for trial is required;

(3) The defendants consent to the continuance; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 12th day of August, 2009

ORDERED that this action be, and it hereby is, continued from September 22, 2009 through November 24, 2009,

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order Granting Substitution of Attorneys and Setting Motion and Trial Dates, filed March 31, 2009, shall be amended as follows:

ORDERED that:

1. The Government shall respond to defendants' motions on or before September 30, 2009

2. The return date for pretrial motions shall be November 16, 2009 at 11 a.m. and

3. Trial shall commence on November 24, 2009 at 10:00 a.m.

IT IS FURTHER ORDERED that the period from September 22, 2009 through November 24, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

*[signature]*
MICHAEL PEDICINI, ESQ.
ATTORNEY FOR DEFENDANT
DESMOND SPEIGHT

*[signature]*
JOHN AZZARELLO, ESQ.
BY: JOHN ROBERTS, ESQ.
ATTORNEY FOR DEFENDANT
SHAWN GRIGGS

*[signature]*
ROBERT FRAZER, AUSA